UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:22-cv-601-JLB-KCD

DANIEL LUGO,

       Plaintiff,

v.

GASPARILLA INN, INC.,

       Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

| | |
|---|---|
| s/Drew M. Levitt | s/William J. Judge, Jr. |
| DREW M. LEVITT | WILLIAM J. JUDGE, JR. |
| Florida Bar No. 782246 | Florida Bar No. 426296 |
| drewmlevitt@gmail.com | Hill Ward Henderson, P.A. |
| Lee D. Sarkin | William.judge@hwhlaw.com |
| Florida Bar No. 962848 | Post Office Box 2231 |
| lsarkin@aol.com | Tampa, Florida 33601 |
| 4700 N.W. Boca Raton Boulevard | Telephone (813) 221-3900 |
| Suite 302 | Attorneys for Defendant |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |